# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD HENDERSON, | CV F  03 5893 OWW LJO P |
| Plaintiff, | |
| v. | ORDER DENYING REQUEST FOR EXTENSION OF TIME TO FILE RENEWED MOTION TO DISMISS AS PREMATURE (Doc. 33.) |
| C/O MACIAS, | |
| Defendants. | |

**I. PROCEDURAL HISTORY**

Leonard Henderson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 21, 2005, this Court issued Findings and Recommendations that Defendant's Motion to Dismiss be denied without prejudice and that Defendants be granted thirty days after the disposition of the Motion by the District Court to file the renewed Motion.

On November 18, 2005, Defendants moved for an extension of time to file the renewed Motion to Dismiss.  However, the District Court has not yet issued an Order either adopting the

1

Findings and Recommendations or declining to adopt the Findings and Recommendations. This Court's recommendation was that the Motion be denied without prejudice and Defendants be granted thirty days to file a renewed Motion. However, whether the Motion is denied without prejudice and Defendants granted thirty days remains to be seen. Defendants thirty day allotment will begin only if and when the District Court adopts the Recommendation of this Court.

Accordingly, the Motion for an Extension of time to file a Renewed Motion to Dismiss is DENIED as premature.

IT IS SO ORDERED.

**Dated:   November 21, 2005**          /s/ Lawrence J. O'Neill
b9ed48                                           UNITED STATES MAGISTRATE JUDGE