UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD HENDERSON,<br><br>           Plaintiff,<br><br>vs.<br><br>C/O MACIAS,<br><br>           Defendant.<br>_____/ | 1:03-cv-05893-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 32)<br><br>**ORDER DENYING MOTION TO DISMISS** (Doc. 28) |

   Plaintiff, Leonard Henderson ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On October 21, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 21, 2005, are ADOPTED IN FULL; and,

2. Defendant's motion to dismiss, filed March 11, 2005, is DENIED, without prejudice to renewal and curing the defects outlined in the Findings and Recommendations, filed October 21, 2005, within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

| Dated: December 19, 2005 | /s/ Oliver W. Wanger |
|---|---|
| emm0d6 | UNITED STATES DISTRICT JUDGE |