1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MONICA N. ANDERSON
   Supervising Deputy Attorney General
5  DANIEL P. O'DONNELL, State Bar No. 177872
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 324-5810
8    Fax: (916) 324-5205

9  Attorneys for Defendant Macias
   SA2005100324
10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13                       FRESNO DIVISION

14
   | LEONARD HENDERSON, | CASE NO. CIV F 03-5893 OWW LJO P |
15 |                    |                                  |
   |           Plaintiff, | **ORDER GRANTING DEFENDANT'S** |
16 |                    | **REQUEST FOR AN EXTENSION OF TIME** |
   |        v.          | **TO FILE A RENEWED MOTION TO** |
17 |                    | **DISMISS (Doc. 38.)** |
   | M. GARCIA, et al., |                                  |
18 |                    |                                  |
   |          Defendants. |                                |
19

20       The request for an extension of time to file a renewed motion to dismiss was
21 considered by this Court, and good cause appearing, IT IS HEREBY ORDERED that Defendant
22 is granted THIRTY days from the date of service of this Order to file its responsive pleading.
23 IT IS SO ORDERED.
24 **Dated:   January 25, 2006**            **/s/ Lawrence J. O'Neill**
25 b6edp0                                   UNITED STATES MAGISTRATE JUDGE

26

27

28

Order Granting Defendant's Request for an extension of time.
                              1