UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD HENDERSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>C/O MACIAS,<br><br>　　　　　Defendants.<br>_____/ | 1:03-cv-05893-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 41)<br><br>**ORDER GRANTING MOTION TO DISMISS** (Doc. 40)<br><br>**ORDER DISMISSING ACTION** |

　　　Leonard Henderson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On August 3, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days.  On August 25, 2006, Plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

//

1

1    In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
<u>de novo</u> review of this case.  Having carefully reviewed the
entire file, the Court finds the Findings and Recommendation to
be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendation, filed August 3, 2006,
are ADOPTED IN FULL;

   2.   Defendant's Motion to Dismiss the action for
Plaintiff's failure to exhaust administrative remedies, filed
February 23, 2006, is GRANTED; and,

   3.   This action is therefore DISMISSED.

IT IS SO ORDERED.

**Dated:    October 3, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                            UNITED STATES DISTRICT JUDGE

2